(103 So. 906)

Ex parte Otis BUFKINS.   (1 Div. 366.)

(Supreme Court of Alabama.   April 16, 1925.)

Certiorari to Court of Appeals.

McMillan & Grove, of Mobile, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J.   Petition of Otis Bufkins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Bufkins v. State, 103 So. 902.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.